IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DERRICK M. STANBERRY,** : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | CIVIL NO. 11-00124-CG-B |
| : | |
| **RICHARD ALLEN,** *et al.*, : | |
| : | |
| Defendants. : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this 14th day of September, 2012.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE